# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ADALBERTO SAUCEDO MORENO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.  4:17-CV-03656 |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Adalberto Saucedo Moreno and Defendant Allstate Vehicle and Property Insurance Company (the "Parties") file this Stipulation of Dismissal. Plaintiff voluntarily dismisses without prejudice all claims by Plaintiff against Defendant in this matter, and Defendant agreed to the dismissal. Plaintiff and Defendant further stipulate that all costs will be borne by the party incurring same. The Parties respectfully request that the Court dismiss this case without prejudice.

Respectfully submitted,

KETTERMAN, ROWLAND & WESTLUND

*/s/ Jake Rogiers*
Jake Rogiers
Federal Bar No. 2478454
jake@krwlawyers.com
Robert A. Pollom
Federal Bar No. 2149539
robert@krwlawyers.com
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Phone: (210) 490-7402
Fax: (210) 490-8372
*Attorneys for Plaintiff Adalberto Saucedo Moreno*

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Jay Scott Simon (with permission)*
Jay Scott Simon
Federal Bar No. 31422
jsimon@thompsoncoe.com
Thompson Coe Cousins & Irons LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
*Attorney for Defendant Allstate Vehicle and Property Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following via certified mail, return receipt requested on July 18, 2018:

Jay Scott Simon
Federal Bar No. 31422
jsimon@thompsoncoe.com
Thompson Coe Cousins & Irons LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

*/s/ Jake Rogiers*
Jake Rogiers