United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADALBERTO SAUCEDO MORENO, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-03656 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The Court, having considered the Joint Stipulation of Dismissal filed by Plaintiff Adalberto Saucedo Moreno and Defendant Allstate Vehicle and Property Insurance Company, being fully advised and for good cause shown, is of the opinion that the motion should be GRANTED.

**IT IS THEREFORE ORDERED:**

1. Plaintiff's claims against Defendant are hereby dismissed with prejudice to refiling of same; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Signed this 25 day of July, 2018.

Andrew S. Hanen
U.S. District Judge